# EXHIBIT A



January 15, 2026

**VIA EMAIL**

FHFA FOIA Requester Service Center
400 7th St. SW
Fourth Floor
Washington, DC 20219
foia@fhfa.gov

**Re: Freedom of Information Act Request**

Dear FOIA Officer(s):

Pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and the implementing regulations of your agency, Campaign for Accountability ("CfA") makes the following request for records.

On January 12, 2026, the *Wall Street Journal* reported that Federal Housing Finance Agency (FHFA) Administrator Bill Pulte wrote a report that he sent to Jeanine Pirro, the U.S. Attorney for the District of Columbia, arguing for a criminal investigation of Jerome Powell, Chairman of the Federal Reserve ("the Fed").[1] Mr. Pulte has been advocating a criminal inquiry into Mr. Powell for months and on January 9, the Fed was served with subpoenas focused on Mr. Powell's role in and statements to Congress about in the renovation of the central bank's Washington, D.C. building.[2]

**Requested Records**

CfA requests that the FHFA produce the report prepared by Mr. Pulte regarding Mr. Powell within twenty business days.

**Fee Waiver Request**

In accordance with 5 U.S.C. § 552(a)(4)(A)(iii) and 12 C.F.R. § 1202.11(2), CfA requests a waiver of fees associated with processing this request for records. The subject of this request concerns the operations of the federal government, and the disclosures will likely contribute to a better understanding of relevant government procedures by the general public in a significant way. Moreover, the request is for non-commercial purposes.

CfA requests a waiver of fees because disclosure of the requested information is "in the public interest because it is likely to contribute significantly to public understanding of operations or activities of the

---

[1] Editorial Board, Lawfare for Dummies, Monetary Edition: DOJ's Criminal Subpoena to Fed Chair Jerome Powell Is a Self-Defeating Fiasco, *Wall Street Journal*, Jan. 12, 2025, available at https://www.wsj.com/opinion/jerome-powell-subpoena-federal-reserve-department-of-justice-donald-trump-bill-pulte-jeanine-pirro-b6913599?mod=hp_opin_pos_1.
[2] Avery Lotz and Jason Lalijee, Meet Bill Pulte, Trump Attack Dog, *Axios*, Jan. 12, 2026, available at https://www.axios.com/2026/01/12/bill-pulte-housing-regulator-jerome-powell-doj.

FHFA
January 15, 2026
Page 2 of 4

government."[3] President Trump has repeatedly expressed his frustration and anger with the Fed for failing to lower interest rates and has been escalating his attacks.[4] Last year, President Trump and Mr. Pulte pushed the Department of Justice to investigate Federal Reserve Board Governor Lisa Cook.[5]

The public has a significant interest in the Trump administration's efforts to remove Mr. Powell from his role as the Fed's Chair of Board of Governors.[6] Records with the potential to shed light on this matter would contribute significantly to public understanding of operations of the federal government, including what information Mr. Pulte, who is neither a criminal investigator, lawyer, or prosecutor, and who has no direct information regarding the renovations to the Fed's offices or any statements Mr. Powell made to Congress regarding the renovations, shared with Ms. Pirro. CfA is committed to transparency and makes the responses agencies provide to FOIA requests publicly available. Therefore, the public's understanding of the government's activities would be enhanced through CfA's analysis and publication of this report.

This request "is not primarily in the commercial interest of the requester."[7] In fact, as a 501(c)(3) nonprofit, CfA has no commercial purpose, and the release of the information requested is not in CfA's commercial interest. CfA's mission is to use research, litigation, and communications to expose misconduct and malfeasance in public life. CfA uses the information gathered, and its analysis of it, to educate the public through reports, press releases, or other media. CfA also makes materials it gathers available on its public website and promotes their availability on social media platforms, such as X. Accordingly, CfA qualifies for a fee waiver. If, FHFA does not grant CfA's request for a fee waiver, please let us know whether the cost of producing this single document will be more than $200.

**Expedited Processing**

Pursuant to § 552(a)(6)(E)(1) and 12 C.F.C. §1202.10, CfA requests that you expedite processing of this request. As explained above, the investigation into Mr. Powell – and Mr. Pulte's role in that investigation – is a "matter of widespread and exceptional media interest in which there exists possible questions about the Federal Government's integrity, affecting public confidence."[8] There are innumerable press reports on not only the investigation of Mr. Powell, but also Mr. Pulte's role in instigating the investigation.[9] This is

---

[3] 5 U.S.C. § 552(a)(4)(A)(iii).
[4] *See* Colby Smith, A Top Fed Official Says the Trump Administration's Threats Are 'About Monetary Policy', *New York Times*, Jan. 14, 2026, available *at* https://www.nytimes.com/2026/01/14/us/politics/kashkari-fed-interest-rates.html.
[5] Jonah E. Bromwich, Matthew Goldstein, and Colby Smith, Officials Accused of Mortgage Fraud Attack Trump's Housing Agency Chief, *New York Times*, Nov. 17, 2025, available at h*ttps://www.nytimes.com/2025/11/17/nyregion/lisa-cook-fed-trump-pulte.html*.
[6] There have been myriad press reports on the investigation of Mr. Powell and the ensuing fallout. *See e.g.* Alan Rappaport, Colby Smith, Glenn Thrush, and Tyler Page, Blowback Builds Over Criminal Investigation of Powell, *New York Times*, Jan. 14, 2026, available at *https://www.nytimes.com/2026/01/13/us/politics/jerome-powell-investigation-blowback.html*; Kristen Holmes, Bessent Unhappy with Criminal Investigation of Fed Chair Jerome Powell, *CNN*, Jan. 12, 2026, available at *https://www.cnn.com/2026/01/12/politics/bessent-unhappy-jerome-powell-investigation*; Steve Holland and Trevor Hunnicutt, Exclusive: Trump Says He Has No Plan to Fire Powell Despite Investigation, *Reuters*, Jan. 15, 2026, available at *https://www.reuters.com/world/us/trump-says-he-has-no-plan-fire-feds-powell-despite-investigation-2026-01-15/*.
[7] 5 U.S.C. § 552(a)(4)(A)(iii).
[8] 12 C.F.R. § 1202.10(4).
[9] *See e.g.* Robin Wigglesworth, Bill Pulte: Agent of Chaos, *Financial Times*, Jan. 12, 2026, available at *https://www.ft.com/content/d3b17ee1-7f2f-470c-a4d7-272874b5367a*;

FHFA
January 15, 2026
Page 3 of 4

especially so since, reportedly, Mr. Pulte has denied any role in the investigation.[10] Releasing this report on an expedited basis would clarify for the public the truth about Mr. Pulte's actions.

**Guidance Regarding the Search & Processing of Requested Records**

In connection with its request for records, CfA provides the following guidance regarding the scope of the records sought and the search and processing of records:

- Please search all locations and systems likely to have responsive records, regardless of format, medium, or physical characteristics. For instance, if the request seeks "communications," please search all locations likely to contain communications, including relevant hard-copy files, correspondence files, appropriate locations on hard drives and shared drives, emails, text messages or other direct messaging systems (such as iMessage, WhatsApp, Signal, or X (formerly Twitter) direct messages), voicemail messages, instant messaging systems such as Lync or ICQ, and shared messages systems such as Slack.

- In conducting your search, please understand the terms "record," "document," and "information" in their broadest sense, to include any written, typed, recorded, graphic, printed, or audio material of any kind.

- Our request for records includes any attachments to those records or other materials enclosed with those records when they were previously transmitted. To the extent that an email is responsive to our request, our request includes all prior messages sent or received in that email chain, as well as any attachments to the email.

- Please search all relevant records or systems containing records regarding agency business. Do not exclude records regarding agency business contained in files, email accounts, or devices in the personal custody of your officials, such as personal email accounts or text messages. Records of official business conducted using unofficial systems or stored outside of official files are subject to the Federal Records Act and FOIA.[11] It is not adequate to rely on policies and procedures that require officials to move such information to official systems within a certain period of time; American Oversight has a right to records contained in those files even if material has not yet been moved to official systems or if officials have, by intent or through negligence, failed to meet their obligations.[12]

- Please use all tools available to your agency to conduct a complete and efficient search for potentially responsive records. Agencies are subject to government-wide requirements to manage

---

[10] Adam Cancryn and Kristen Holmes, Frustration Mounts Inside white House Over Pirro's Handling of Powell Investigation, *CNN*, Jan. 13, 2026, available at https://www.cnn.com/2026/01/13/politics/jeanine-pirro-powell-investigation-frustration; Nancy Cook, Saleha Mohsin and Joshua Green, Bill Pulte Seen as Key Instigator Behind Powell Subpoena, *Detroit News*, Jan. 12, 2026, available at https://www.detroitnews.com/story/business/2026/01/12/bill-pulte-seen-as-key-instigator-behind-powell-subpoena/88141830007/?gnt-cfr=1&gca-cat=p&gca-uir=false&gca-epti=z115246u116946d00----v115246&gca-ft=28&gca-ds=sophi.

[11] *See Competitive Enter. Inst. v. Office of Sci. & Tech. Policy*, 827 F.3d 145, 149–50 (D.C. Cir. 2016); *cf. Judicial Watch, Inc. v. Kerry*, 844 F.3d 952, 955–56 (D.C. Cir. 2016).

[12] *See Competitive Enter. Inst. v. Office of Sci. & Tech. Policy*, No. 14-cv-765, slip op. at 8 (D.D.C. Dec. 12, 2016).

FHFA
January 15, 2026
Page 4 of 4

> agency information electronically,[13] and many agencies have adopted the National Archives and Records Administration (NARA) Capstone program, or similar policies. These systems provide options for searching emails and other electronic records in a manner that is reasonably likely to be more complete than just searching individual custodian files. For example, a custodian may have deleted a responsive email from his or her email program, but your agency's archiving tools may capture that email under Capstone. At the same time, custodian searches are still necessary; agencies may not have direct access to files stored in .PST files, outside of network drives, in paper format, or in personal email accounts.

- In the event some portions of the requested records are properly exempt from disclosure, please disclose any reasonably segregable non-exempt portions of the requested records. If a request is denied in whole, please state specifically why it is not reasonable to segregate portions of the record for release.

- Please take appropriate steps to ensure that records responsive to this request are not deleted by the agency before the completion of processing for this request. If records potentially responsive to this request are likely to be located on systems where they are subject to potential deletion, including on a scheduled basis, please take steps to prevent that deletion, including, as appropriate, by instituting a litigation hold on those records.

**Conclusion**

If you have any questions regarding how to construe this request for records or believe that further discussions regarding search and processing would facilitate a more efficient production of records of interest to CfA, please do not hesitate to contact us. CfA welcomes an opportunity to discuss its request with you before you undertake your search or incur search or duplication costs. By working together at the outset, CfA and the FHFA can decrease the likelihood of costly and time-consuming litigation in the future.

Where possible, please provide responsive material in an electronic format by email. Alternatively, please provide responsive material in native format or in PDF format on a USB drive. Please send any responsive material being sent by mail to Campaign for Accountability, 611 Pennsylvania Ave., SE, #337, Washington, DC 20003. If you have any questions, please contact me via email at publicrecords@campaignforaccountability.org.

Respectfully submitted,

Michelle Kuppersmith
Executive Director
Campaign for Accountability

---

[13] Presidential Memorandum—Managing Government Records, 76 Fed. Reg. 75,423 (Nov. 28, 2011), https://obamawhitehouse.archives.gov/the-press-office/2011/11/28/presidential-memorandum-managing-government-records; Office of Mgmt. & Budget, Exec. Office of the President, Memorandum for the Heads of Executive Departments & Independent Agencies, "Managing Government Records Directive," M-12-18 (Aug. 24, 2012), https://www.archives.gov/files/records-mgmt/m-12-18.pdf.