# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY<br>611 Pennsylvania Ave, S.E., No. 337<br>Washington, DC 20003<br><br>                                        *Plaintiff,*<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY,<br>400 7th Street, S.W.<br>Washington, DC 20219<br><br>                                        *Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:26-cv-00574 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING PROOF OF SERVICE

Plaintiff Campaign for Accountability, through undersigned counsel, respectfully submits the attached Declaration of Service as proof that service of process has been effected on the U.S. Attorney General, the U.S. Attorney for the District of Columbia, and Defendant Federal Housing Finance Agency in the above-captioned matter.

Dated: March 4, 2026

Respectfully submitted,

*/s Melanie Sloan*
Melanie Sloan
D.C. Bar No. 434585
Campaign for Accountability
611 Pennsylvania Ave, S.E., No. 337
Washington, DC 20003
(202) 365-0606
msloan@campaignforaccountability.org
*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY<br>611 Pennsylvania Ave, S.E., No. 337<br>Washington, DC 20003<br><br>                                           *Plaintiff,*<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY,<br>400 7th Street, S.W.<br>Washington, DC 20219<br><br>                                           *Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:26cv-00574 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF SERVICE

I, Melanie Sloan, hereby declare as follows:

1.      I am counsel to Campaign for Accountability.

2.      On February 24, 2026, Campaign for Accountability filed a complaint in the above-captioned matter in the U.S. District Court for the District of Columbia. On February 24, 2026, the court issued signed summons for the U.S. Attorney General, the U.S. Attorney for District of Columbia, and Defendant Federal Housing Finance Agency.

3.      On February 24, 2026, I served the issued summons, and copies of the complaint and exhibits on the U.S. Attorney General, the U.S. Attorney for the District of Columbia, and Defendant Federal Housing Finance Agency. Service was effected by Certified U.S. Mail, First-Class, return-receipt requested to the U.S. Attorney General, the U.S. Attorney for the District of Columbia, and Defendant Federal Housing Finance Agency.

4.      According to USPS Tracking, materials were delivered to Defendant Federal Housing Finance Agency, 400 7th Street, S.W., Washington, DC 20219 on March 3, 2026.

5. According to USPS Tracking, materials were delivered to the U.S. Attorney General, 950 Pennsylvania Avenue NW, Washington, DC 20530 on March 4, 2026.

6. According to USPS Tracking, materials were delivered to the Attorney for the District of Columbia, 555 4th St., N.W., Washington, DC 20530 on March 4, 2026.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 4, 2026                          */s/ Melanie Sloan*_____
                                              Melanie Sloan

3