UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY, **)** **)** | |
| Plaintiff, **)** **)** | |
| v. **)** **)** | Civil Action No. 26-0574 (CKK) |
| FEDERAL HOUSING FINANCE AGENCY, **)** **)** | |
| Defendant. **)** **)** **)** **)** | |

**JOINT STATUS REPORT**

Plaintiff, Campaign for Accountability, and Defendant, Federal Housing Finance Agency ("Defendant" and, together with Plaintiff, "Parties"), by and through undersigned counsel, respectfully submit the following joint status report in this Freedom of Information Act ("FOIA") matter.

1.      On February 23, 2026, Plaintiff filed this Freedom of Information Act ("FOIA") lawsuit.  ECF No. 1.

2.      On April 6, 2026, Defendant filed its answer. ECF No. 9.

3.      On April 7, 2026, the Court issued a Scheduling Order ordering the Parties to meet and confer and file a Joint Status Report proposing a schedule for proceeding in this matter. This report should address the status of the Plaintiff's FOIA request, the anticipated number of documents responsive to the Plaintiff's FOIA request, the anticipated date(s) for release of the documents requested by Plaintiff, whether a motion for an *Open America* stay is likely in this case, whether a *Vaughn* index will be required in this case, and any other matters necessary to bring to

the Court's attention. The parties shall file this report on or before May 11, 2026.  ECF No. 10.

4.    Today, Defendant reports the following:

a.  Defendant provided a response to Plaintiff on April 3, 2026, stating that no responsive documents had been located.  Defendant confirms by this report that a reasonable search has been conducted, and no responsive document was found.

b.  Defendant does not intend to seek an *Open America* stay and does not believe that a *Vaughn* index would be appropriate, since no records were identified.

c.  Defendant is open to conferring with Plaintiff regarding its search before the Parties move to dispositive briefing.

5.  Plaintiff's Statement.

Plaintiff has pointed Defendants to reporting indicating that the requested record exists.  Plaintiff has requested more information from Defendants to determine the adequacy of the search.

6.    The Parties respectfully request that the Court allow the parties to file a further status report on or before June 11, 2026.

Dated: May 11, 2026
       Washington, DC

Respectfully submitted,

*/s/Melanie Sloan*
Melanie Sloan, Bar # 434584
Campaign for Accountability
611 Pennsylvania Ave., SE, #337
Washington, DC 20003
Phone: (202) 365-0606

*Counsel for the Plaintiff*

2

JEANINE FERRIS PIRRO
United States Attorney


By: _____/s/ *Sian Jones*_____
      SIAN JONES, D.C. Bar # 1024062
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      Phone: (202) 252-2578

*Attorneys for the United States of America*