UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY,<br><br>Defendant. | Civil Action No. 26-0574 (CKK) |

**DEFENDANT'S STATEMENT OF**
**MATERIAL FACTS NOT IN GENUINE DISPUTE**

Pursuant to Local Civil Rule 7(h), Defendant Federal Housing Finance Agency (the "Agency" or "FHFA"), submits the following statement of material facts as to which there is no genuine issue in support of Defendant's motion for summary judgment as to the claims brought by Plaintiff Campaign for Accountability under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").[1]

| Defendant's Statement | Plaintiff's Response |
|---|---|
| 1. On January 22, 2026, the Agency received a FOIA request from Plaintiff that stated, in relevant part:<br><br>On January 12, 2026, the *Wall Street Journal* reported that Federal Housing Finance Agency (FHFA) Administrator | |

[1] Defendant respectfully submits herewith the Declaration of Frank R. Wright ("Wright Decl.").

| | |
|---|---|
| Bill Pulte wrote a report that he sent to Jeanine Pirro, the U.S. Attorney for the District of Columbia, arguing for a criminal investigation of Jerome Powell, Chairman of the Federal Reserve ("the Fed"). Mr. Pulte has been advocating a criminal inquiry into Mr. Powell for months and on January 9, the Fed was served with subpoenas focused on Mr. Powell's role in and statements to Congress about the renovation of the central bank's Washington, D.C. building….<br><br>Wright Decl. ¶ 3. Plaintiff went on to request the following: "[Plaintiff] requests that the FHFA produce the report prepared by Mr. Pulte regarding Mr. Powell within twenty business days." *Id.* ¶ 4. | |
| 2. On January 26, 2026, the Agency initiated its electronic discovery search of the Agency's records for any potentially responsive documents. Wright Decl. ¶ 5. | |
| 3. Using the search terms "Pirro," and the search terms "Pulte" combined with "Pirro," and "Pulte" combined with "Powell," the Agency searched its records, including the Agency's centralized records repository, the FHFA Information | |

| | |
|---|---|
| Management System, referred to as "IMS," and the Director's FHFA email account. *Id.* ¶ 6. | |
| 4. FHFA collected 1134 records as a result of the aforementioned searches that contained the search terms described above. *Id.* ¶ 7. | |
| 5. Each record collected was manually reviewed by the Agency. FHFA determined that none of the records collected were responsive to Plaintiff's request. *Id.* ¶ 7. More specifically, none of the records collected contained the purported report sought by Plaintiff regarding former Chair Powell. *Id.* | |
| 6. On April 3, 2026, the Agency issued a final response letter to Plaintiff informing it that FHFA did not locate any records responsive to Plaintiff's request and that Plaintiff's FOIA request had been closed. Wright Decl. ¶ 8. | |

| | |
|---|---|
| 7. The Agency's declarant has stated that "FHFA acted in good faith and searched for the requested document where it was reasonably likely to be stored at FHFA." *Id.* ¶ 9. | |

Dated: September 2, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *\/s/ Sian Jones*
SIAN JONES, D.C. Bar No. 1024062
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2578

*Attorneys for the United States of America*