UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAMPAIGN FOR ACCOUNTABILITY,

Plaintiff,

v.

FEDERAL HOUSING FINANCE AGENCY,

Defendant.

Civil Action No. 26-0574 (CKK)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's Motion for Summary Judgment, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that judgment is entered for Defendant.

SO ORDERED:

Date

COLLEEN KOLLAR-KOTELLY
United States District Judge